# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1523. DREON NEAL v. THE STATE.

Upon consideration of the above-styled case, the appeal is hereby DISMISSED as improvidently granted.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  09/09/2021

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*